No. 716.   ABBRESCIA v. UNITED STATES;
No. 895.   DORAN v. UNITED STATES; and
No. 956.   GRIECO v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Julius Lucius Echeles* for petitioners in Nos. 716 and 895.   *Frank W. Oliver* for petitioner in No. 956.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.   Reported below: 299 F. 2d 511.

No. 885.   WILLIAMS v. HOT SHOPPES, INC.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   Petitioner *pro se.   John J. Carmody, Charles J. Steele* and *John J. Carmody, Jr.* for respondent.

No. 910.   WILBURN BOAT CO. ET AL. v. FIREMAN'S FUND INSURANCE CO.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE BLACK is of the opinion that certiorari should be granted.   *Hobert Price* and *T. G. Schirmeyer* for petitioners.   *Edward B. Hayes* and *Joe A. Keith* for respondent.

No. 39, Misc.   BAILEY v. SACKS, WARDEN, ET AL.   Supreme Court of Ohio.   Certiorari denied.   Petitioner *pro se.   Mark McElroy,* Attorney General of Ohio, and *Aubrey A. Wendt,* Assistant Attorney General, for respondents.

No. 223, Misc.   SMITH v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.